# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 2, 2014

Robert P. Young, Jr.,
Chief Justice

147522(55)(57)

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

In re AJR, Minor.

SC: 147522
COA: 312100
Kent CC Family Division:
12-024817-AY

_____/

On order of the Chief Justice, the motions of Yvon D. Roustan and Estela M. Roustan for leave to file an amicus curiae brief and for leave to file a supplemental amicus curiae brief are GRANTED. The Roustans shall file the requisite number of copies of a *single* amicus brief no later than fourteen days after respondent-appellee files his brief on appeal. MCR 7.306(D)(1); MCR 7.309.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 2, 2014



Clerk